JS-6

GREGORY A. BEDELL (admitted *pro hac vice*)
**KNABE & BEDELL**
33 North Dearborn Street, 10th Floor
Chicago, Illinois 60602
gbedell@kkbchicago.com
Telephone: (312) 977-9119
Facsimile: (312) 977-9009

MICHAEL J. LARIN (SBN 77116)
**LYNBERG & WATKINS**
1150 S. Olive Street, Suite 1800
Los Angeles, California 90015
mlarin@lynberg.com
Telephone: (213) 624-8700
Facsimile: (213) 892-2763

Attorneys for Plaintiff, EVANGER'S DOG AND CAT FOOD COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVANGER'S DOG AND CAT FOOD CO, INC., an Illinois corporation,

Plaintiff,

vs.

ENVIRONMENTAL DEMOCRACY PROJECT, a California not-for-profit corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 2:21-CV-08489 RSWL (ASx)
(Assigned to District Judge: The Hon. Ronald S.W. Lew – Courtroom *to be Noticed*)

(Assigned to Magistrate Judge: The Hon. Alka Sagar – Courtroom 540)

**ORDER OF DISMISSAL**

*Complaint filed: 10/26/2021*
*Trial Date: 11/15/2022*

This cause coming to be heard on the stipulation of the parties, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of Evanger's Amended Complaint, the parties being in agreement and the Court being advised of the premises of this Order;

**IT IS HEREBY ORDERED:**

This case is dismissed, with prejudice, with all parties to bear their own costs.

**DATED: November 1, 2022_____**

***/S/ RONALD S.W. LEW***

**Ronald S.W. LEW**
**UNITED STATES DISTRICT JUDGE**